UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCORMICK & CO., INC.,

    Plaintiff

-v-

KARI-OUT CLUB, LLC
t/a KARI-OUT COMPANY,

    Defendant

JUDGE ROBINSON

Case No. **07 CIV 7244**

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____McCormick & Co., Inc._____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Please see attached list of affiliates**

**Date:** August 14, 2007

Stephanie K. Vogel (SV 8591)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4795
Fax: (212) 884-8695
stephanie.vogel@dlapiper.com

# McCORMICK & CO., INC. AFFILIATES[1]

| Company | Description of Relationship (Ownership) |
|---|---|
| SupHerb Farms (CA) | 50% by McCormick & Co., Inc. through non-operating company |
| Mojave Foods Corp. (MD) | 100% by McCormick & Co., Inc. |
| McCormick de Puerto Rico (DE) | 100% by McCormick & Co., Inc. |
| Zatarain's Brands, Inc. (DE) | 100% by McCormick & Co., Inc. |
| McCormick Global Ingredients Limited (Caymans) | 100% by McCormick & Co., Inc. through non-operating company |
| C.M. Van Sillevoldt BV (Netherlands) | 100% by McCormick & Co., Inc. through various non-operating companies |
| McCormick (UK) Ltd. (Scotland) | 100% by McCormick & Co., Inc. through various non-operating companies |
| McCormick South Africa (Pty) Ltd. (South Africa) | 100% by McCormick (UK) Ltd. |
| McCormick Condiments South Africa, Ltd. (SA) | 50% JV by McCormick South Africa (Pty) Ltd. |
| McCormick Kutas Gida Sanayi Dis Ticaret (Turkey) | 48.2% by McCormick (UK) Ltd. through non-operating company |
| McCormick Merchandising Services, Ltd. (U.K.) | 100% by McCormick (UK) Ltd. |
| La Cie McCormick Canada Co. (Nova Scotia) | 100% by McCormick & Co., Inc. through various non-operating companies |
| McCormick Foods Australia Pty. Ltd. (Australia) | 100% by La Cie McCormick Canada Co. |
| McCormick France SAS (France) | 100% by McCormick & Co., Inc. through various non-operating companies |

---

[1] Affiliates of McCormick & Co., Inc. with no business operations (i.e. "non-operating companies") are not included on this list but may be supplied upon request of the Court. The only investors in such companies would be McCormick entities disclosed herein.

| Company | Description of Relationship (Ownership) |
|---|---|
| McCormick Reunion SAS (Reunion) | 100% by McCormick France SAS |
| Ducros SRL (Italy) | 100% by McCormick France SAS |
| McCormick Espana (Spain) | 100% by McCormick France SAS |
| McCormick Guadeloupe SAS (Guadeloupe) | 100% by McCormick France SAS |
| Ducros Margao Produtos Alimentares Societe Unip (Portugal) | 100% by McCormick France SAS |
| Sodis SAS (France) | 100% by McCormick & Co., Inc. through various non-operating companies |
| Paris SUD Distribution SARL (France) | 100% by Sodis SAS |
| Promalp SARL (France) | 100% by Sodis SAS |
| Ouest Distribution Services SARL (France) | 100% by Sodis SAS |
| Bretagne Distribution SARL (France) | 100% by Sodis SAS |
| AMS SARL (France) | 100% by Sodis SAS |
| Soreme SNC (France) | 100% by Sodis SAS |
| Sodis et Cie Ile de France Distribution SNC (France) | 100% by Sodis SAS |
| Paris Nord Distribution SNC (France) | 100% by Sodis SAS |
| McCormick S.A. (Switzerland) | 100% by McCormick & Co., Inc. |
| McCormick Pesa S.A. de CV (Mexico) | 100% by McCormick & Co., Inc. through non-operating company |
| McCormick de Mexico S.A. de C.V. (Mexico) | 50% by McCormick & Co., Inc. |
| McCormick de Centro America S.A. de C.V. (El Salvador) | 100% by McCormick & Co., Inc. |
| Simply Asia Foods (DE) | 100% by McCormick & Co., Inc. |

| **Company** | **Description of Relationship (Ownership)** |
| --- | --- |
| AVT-McCormick Ingredients Private Ltd. (India) | 50% by McCormick & Co., Inc. |
| McCormick Thailand Co., Ltd. (Thailand) | 100% by McCormick & Co., Inc. through non-operating company |
| McCormick Guangzhou Food Co, Ltd. (China) | 100% by McCormick & Co., Inc. |
| Shanghai McCormick Foodstuffs Co., Ltd. (China) | 90% by McCormick & Co., Inc. |
| Stange Japan K.K. (Japan) | 50% by McCormick & Co., Inc. |
| McCormick Philippines Inc. (Philippines) | 50% by McCormick & Co., Inc. |
| McCormick Ingredients Southeast Asia Ltd. (Singapore) | 100% by McCormick & Co., Inc. |
| PT Sumatera Tropical Spices (Indonesia) | 30% by McCormick & Co., Inc. |