UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

McCORMICK & CO., INC.

          Plaintiff,

    v.

KARI-OUT CLUB, LLC
t/a KARI-OUT CO.

          Defendant.
------------------------------------------------------------x

Case No. 07-CV-7244 (SCR)

NOTICE OF MOTION FOR
ADMISSION *PRO HAC VICE*
OF DAVID H. BAMBERGER

    PLEASE TAKE NOTICE, that upon the annexed Declaration of Stephanie K. Vogel, dated August 15, 2007, the annexed Declaration of David H. Bamberger, dated August 15, 2007, and all attachments thereto, Plaintiff McCormick & Co., Inc. will move this Court on submission before the Honorable Stephen C. Robinson at the United Stated District Court for the Southern District of New York, United States Courthouse, 300 Quarropas Street, Room 633, White Plains, New York 10601, for an order pursuant to Local Civil Rule 1.3(c) of this Court granting admission *pro hac vice* to this Court to David H. Bamberger, DLA Piper US LLP, 1200 19th Street, N.W., Washington, D.C. 20036, and for other and further relief as this Court deems just and proper.

Dated:    New York, New York
            August 16, 2007

                                            Stephanie K. Vogel (SV 8591)
                                            DLA PIPER US LLP
                                            1251 Avenue of the Americas
                                            New York, New York 10020-1104
                                            Telephone:    (212) 335-4500
                                            Facsimile:     (212) 335-4501

                                            Attorneys for Plaintiff McCORMICK & CO., INC.