# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07-CV-7244 (SCR)                                Date Filed: 8/16/2007

Plaintiff:
**McCORMICK & CO., INC.**

vs.

Defendant:
**KARI-OUT CLUB, LLC t/a KARI-OUT CO.**

For:
DLA Piper US LLP
1251 Avenue Of The Americas
New York, NY  10020

Received these papers to be served on **KARI-OUT CLUB, LLC t/a KARI-OUT CO., located at 399 Knollwood Road, Suite 309, White Plains, New York 10603**.

I, Vincent J. Mannetta, being duly sworn, depose and say that on the **16th day of August, 2007 at 2:45 pm, I:**

Served the above named Entity by delivering a true copy of the **Summons, Complaint, Civil Cover Sheet and Rule 7.1 Statement** to Shu-Ling Chiang, Marketing Manager, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served:  Age: 40,  Sex: F,  Race/Skin Color: Asian,  Height: 5'4",  Weight: 125,  Hair: Black, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 20th day of August, 2007 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Vincent J. Mannetta
1203246

Our Job Serial Number: 2007003481
Ref: C/M:004815-000389

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# United States District Court

__Southern__ DISTRICT OF __New York__

McCORMICK & CO., INC.,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

KARI-OUT CLUB, LLC
t/a KARI-OUT CO.

**07 CIV 7244**

TO: (Name and address of defendant)

JUDGE ROBINSON

Kari-Out Club, LLC t/a Kari-Out Co.
339 Knollwood Road, Suite 309
White Plains, New York 10603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephanie K. Vogel
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

AUG 1 4 2007

CLERK

DATE

(BY) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                        Signature of Server

                                          _____
                                          Address of Server

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com