UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=====================================X

MCCORMICK & CO, INC.,

                Plaintiff,

-against-

KARI-OUT CLUB, LLC
t/a KARI-OUT CO.,

                Defendant.
=====================================X

07 CV 7244 (SCR)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter our appearance as counsel in this case for defendant Perk-Up, Inc., incorrectly sued as Kari-Out Club, LLC t/a Kari-Out Co. We certify that we are admitted to practice in this court.

Dated: September 5, 2007

HINSHAW & CULBERTSON LLP

_____
Philip Touitou [PT4302]
780 Third Avenue, 4th Floor
New York, New York 10017
212-471-6200
fax 212-935-1166