

# HINSHAW
& CULBERTSON LLP

Philip Touitou
Partner
(212) 471-6211 (direct)

**ATTORNEYS AT LAW**

780 Third Avenue
4th Floor
New York, NY 10017

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

September 5, 2007

**VIA FACSIMILE 914-390-4179**

Hon. Stephen C. Robinson
United States District Court
United States Courthouse
300 Quarropas Street., Room 633
White Plains, New York 10610

**MEMO ENDORSED**

Re:   *McCormick & Co., Inc. v. Kari-Out Club, LLC t/a Kari-Out Co.*
      Index Number: 7:07-CV-07244-SCR

Dear Judge Robinson:

We have recently entered an Appearance on behalf of Perk-Up, Inc., incorrectly sued as Kari-Out Club, LLC t/a Kari-Out Co., in the above matter. Defendant's response to Plaintiff's Complaint is due today, September 5, 2007. We are requesting the Court's approval for an extension of time, up to and including September 26, 2007, for Defendant to respond to Plaintiff's Complaint. Plaintiff's counsel has consented to the granting of this request.

Very truly yours,

Hinshaw & Culbertson LLP

Philip Touitou
[PT-4302]

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # _____ DATE FILED: _____]*

PT:lr

cc:   Stephanie Vogel (212) 884-8695
      David H. Bamberger (202) 689-7425

**APPLICATION GRANTED**

*/s/ Stephen C. Robinson*

HON. STEPHEN C. ROBINSION