# LEWIS ⬛ JOHS

### Lewis Johs Avallone Aviles, LLP

Counsellors at Law

**Via Fax: 914-390-4179**
**and Regular Mail**

September 20, 2007

MEMO ENDORSED

Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

*Re:*    *McCormick v. Kari-Out, Inc.*
         *07-CV- 7244*

Dear Honorable Sir:

This law firm has recently been retained to represent the defendant, Kari-Out, Inc., in the place and stead of the law firm of Hinshaw & Culbertson., LLP. This substitution is on the consent of the parties. As of this time, however, we have not received the executed consent to change attorney from outgoing defense counsel. The consent to change attorney has been forwarded to all counsel, and once received, we will submit same for the Court's approval.

I have spoken with plaintiff's counsel, who advised that a scheduling order is due on Friday, September 21, 2007. Inasmuch as we have not received the executed consent to change attorney, or the file contents from outgoing counsel, I respectfully request an extension of time to submit that order until October 3, 2007. I have spoken with plaintiff's counsel, who has consented to this request.

Thank you for your consideration in this matter.

Respectfully submitted,

*[signature]*

Jason T. Katz (4674)
jtkatz@lewisjohs.com
JTK/jc

cc:
Hinshaw & Culbertson, LLP
Outgoing Attorney
Via Fax: 212-935-1166

Stephanie Vogel, Esq.
Attorney for Plaintiff
Via Fax: 212-884-8695

**APPLICATION GRANTED**

*[signature] Stephen C. Robinson*

HON. STEPHEN C. ROBINSION    9/21/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Robert J. Avallone
Deborah A. Aviles
Michael T. Colavecchio
Thomas J. Dargan
Robert W. Doyle, Jr.
Frederick C. Johs
Jason T. Katz
Michael G. Kruzynski
William J. Lewis
Eileen H. Libutti
Jeffrey M. Pincus
F. Sean Rooney
Marcy D. Sheinwold

Patrick Aurilia
Erika A. Bordan
Claudia L. Boyd
Meredith E. Canniff
Mara E. Cella
Christine A. Champey
Lawrence J. Preeze
Erica K. Fugelsang
Jennifer C. Friedrich
Jill A. Greenberg
Brian J. Greenwood
Christine B. Hickey
Tara M. Higgins
John E. Horan
Jessica Klotz
Theresa Scotto-Lavino
Erin M. Lawrence
Judich N. Littman
Tina R. Loia
Daniel W. McCally
Michael Milchan
Robert Modica
Greg M. Mondelli
Joseph M. Nador
CindyAnn Ross
John B. Saville
Matthew D. Shwom
Adam H. Silverstone
Patrick G. Toner
Rebecca K. Vainder

*Counsel*
Mark R. Aledort
Daniel A. Bartoldus
Marvin J. Bellovin
Brian Brown
Robert J. Cimino
Elizabeth A. Fitzpatrick
Edward G. Lukoski
John F. Morrison
David B. Pevney
Ellen N. Savino
Milton Thurm