UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

McCORMICK & CO., INC.,                                             07-CV-7244 (SCR)

                    Plaintiff,

    -against-                                                       **RULE 7.1 STATEMENT**

KARI-OUT CLUB, LLC,
t/a KARI-OUT CO.,

                   Defendant.
------------------------------------------------------------------X

       The defendant, PERK UP, INC., s/h/a "KARI-OUT CLUB, LLC, t/a KARI-OUT CLUB, CO.", having filed an initial pleading in the above-captioned matter, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

       That the defendant, PERK UP, INC., s/h/a "KARI-OUT CLUB, LLC, t/a KARI-OUT CO., has no corporate parents or subsidiaries that are publicly held.

Dated: Melville, New York
       October 1, 2007

                              Yours, etc.,

                              LEWIS JOHS AVALLONE AVILES, LLP
                              Attorneys for Defendant
                              425 Broad Hollow Road, Suite 400
                              Melville, NY 11747
                              631.755.0101

                      By: _____
                              Jason T. Katz (4674)
                              jtkatz@lewisjohs.com

TO:

DLA PIPER US LLP
1251 Avenue of t he Americas
New York, NY 10020-1104

David H. Berger (pro hac vice motion pending)
Syma Mirza (not admitted in SDNY)
DLA Piper USA
1200 19th Street, N.W.
Washington, DC 20036
Attorney for Plaintiff
McCormick & Company

STATE OF NEW YORK)
                         ) S.S.:
COUNTY OF SUFFOLK)

         JESSICA COLANGELO, being duly sworn, deposes and says:

         That deponent is not a party to the within action, is over 18 years of age and resides in Oceanside, New York.

         That on the 1st day of October, 2007, deponent served the within DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FRCP RULE 7.1 upon the attorneys below set forth representing the parties, as indicated, at the addresses shown, said addresses being designated by said attorneys for that purpose:

DLA PIPER US LLP
1251 Avenue of t he Americas
New York, NY 10020-1104

David H. Berger (pro hac vice motion pending)
Syma Mirza (not admitted in SDNY)
DLA Piper USA
1200 19th Street, N.W.
Washington, DC 20036
Attorney for Plaintiff
McCormick & Company

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York

                                                    _____
                                                    JESSICA COLANGELO

Sworn to before me this
1st day of October, 2007.

_____
LINDA LANSKY
Notary Public, State of New York
Registration No. 01LA5078604
Qualified in Nassau County
Commission Expires: 05/27/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCORMICK & CO., INC.,,

                 Plaintiff,

- against -

KARI-OUT CLUB, LLC,

                 Defendants

## RULE 7.1 STATEMENT

**LEWIS JOHS**
Lewis Johs Avallone Aviles, LLP
Counsellors at Law

*Attorneys for*

*Office and Post Office Address*
425 Broad Hollow Road, Suite 400 • Melville, NY 11747
631.755.0101 • Fax 631.755.0117
FILE #:

**CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. § 130-1.1a**

The undersigned hereby certifies that, pursuant to 22 N.Y.C.R.R. § 130-1.1a, the contentions contained in the annexed document(s) is not frivolous nor frivolously presented

Service of a copy of the within                is hereby admitted

Dated,

    Attorney(s) for

Sir: Please take notice
☐ NOTICE OF ENTRY
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on      20
☐ NOTICE OF SETTLEMENT
that an order       of which the within is a true copy will be presented for
settlement to the HON.       one of the judges
of the within named court, at
on      20   at    M.

Dated,

                       *Yours, etc*
                     **LEWIS JOHS**
                   Lewis Johs Avallone Aviles, LLP
                     Counsellors at Law

To                    *Attorneys for*

Attorney(s) for              *Office and Post Office Address*
                    425 Broad Hollow Road, Suite 400
                    Melville, NY 11747