UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
McCORMICK & CO., INC.                           :     Case No. 07-CV-7244 (SCR)
:
                Plaintiff,              :     **NOTICE OF CHANGE OF**
:     **ADDRESS**
           v.                            :
:
KARI-OUT CLUB, LLC                              :
t/a KARI-OUT CO.                                :
:
                Defendant       :
---------------------------------------------------------------x

       PLEASE TAKE NOTICE THAT the office of David H. Bamberger and Syma Mirza, counsel for Plaintiff McCormick & Co., Inc., has relocated.  Mr. Bamberger and Ms. Mirza's new contact information is:

| | |
|---|---|
| David H. Bamberger | Syma Mirza |
| DLA Piper US LLP | DLA Piper US LLP |
| 500 8th Street, N.W. | 500 8th Street, N.W. |
| Washington, D.C.  20004 | Washington, D.C.  20004 |
| Tel. (202) 799-4500 | Tel. (202) 799-4529 |
| Fax (202) 799-5500 | Fax (202) 799-5529 |
| Email: david.bamberger@dlapiper.com | Email: syma.mirza@dlapiper.com |

The New York contact information for DLA Piper remains the same.

Dated:  October 1, 2007                Respectfully submitted,

                                              _____/s/_____
                                              Stephanie K. Vogel (SV 8591)
                                              DLA PIPER US LLP
                                              1251 Avenue of the Americas
                                              New York, NY  10020-1104
                                              Tel:   (212) 335-4795
                                              Fax:   (212) 884-8695
                                              stephanie.vogel@dlapiper.com

David H. Bamberger (admitted *pro hac vice*)
Syma Mirza (SM 1749)
DLA PIPER US LLP
500 8th Street, N.W.
Washington, D.C. 20004
Tel. (202) 799-4500
Fax (202) 799-5500
david.bamberger@dlapiper.com
syma.mirza@dlapiper.com