# LEWIS JOHS
### Lewis Johs Avallone Aviles, LLP
Counsellors at Law

Robert J Avallone
Deborah A Aviles
Michael T Colavecchio
Thomas J Dargan
Robert W Doyle, Jr
Frederick C Johs
Jason T Katz
Michael G Kruzynski
William J Lewis
Eileen H Libutti
Jeffrey M Pincus
F Sean Rooney
Marcy D Sheinwold

Patrick Aurilia
Erika A Bordan
Claudia L Boyd
Meredith E Canniff
Mara E Cella
Christine A Champey
Lawrence J Freeze
Erica K Fugelsang
Jennifer C Friedrich
Jill A Greenberg
Brian J Greenwood
Christine B Hickey
Tara M Higgins
John E Horan
Jessica Klotz
Theresa Scotto-Lavino
Erin M Lawrence
Judith N Littman
Tina R Loia
Daniel W McCally
Michael Milchan
Robert Modica
Greg M Mondelli
James T Murphy
Joseph M Nador
CindyAnn Ross
John B Saville
Matthew D Shwom
Adam H Silverstone
Stacey E Steinberg
Patrick G Toner
Rebecca K Vainder

*Counsel*
Mark R Aledort
Daniel A Bartoldus
Marvin J Bellovin
Brian Brown
Robert J Cimino
Elizabeth A Fitzpatrick
Edward G Lukoski
John F Morrison
David B Pevney
Ellen N Savino
Milton Thurm

October 2, 2007

Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

Re:  *McCormick v. Kari-Out, Inc.*
     07-CV- 7244

Dear Honorable Sir:

This law firm has been retained to represent the defendant in the above referenced matter. In connection therewith, we hereby submit a duly executed consent to change attorney to be so ordered by the Court.

Thank you for your consideration in this matter.

Respectfully submitted,

Jason T. Katz (4674)
jtkatz@lewisjohs.com
JTK/jc

cc:

Hinshaw & Culbertson, LLP

Stephanie Vogel, Esq.

LEWIS JOHS
Lewis Johs Avallone Aviles, LLP
Counsellors at Law

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

McCORMICK & CO., INC.,                        07-CV-7244 (SCR)

                Plaintiff,

-against-                                     **CONSENT TO CHANGE ATTORNEY**

KARI-OUT CLUB, LLC,
                Defendant.
------------------------------------------------------------X

      IT IS HEREBY AGREED AND CONSENTED THAT, LEWIS JOHS AVALLONE AVILES, LLP, of 425 Broad Hollow Road, Suite 400, Melville, New York, 11747-2712, be substituted as attorneys of record for the undersigned party in the above entitled action in the place and stead of the undersigned attorney as of the date hereof.

Dated:     Melville, New York
            September 19, 2007

                          LEWIS JOHS AVALLONE AVILES, LLP  (Incoming Attorneys)
                          By: _____ (4694)
                          425 Broad Hollow Road, Suite 400
                          Melville, NY 11747
                          631.755.0101

                          HINSHAW & CULBERTSON, LLP  (Outgoing Attorneys)
                          780 Third Avenue
                          New York, NY 10017
                          212.471.6200
                          By: _____ (PT-4302)  10/1/07

                          KARI-OUT CLUB, LLC, t/a KARI-OUT CO.
                          By: _____

STATE OF NEW YORK  )
COUNTY OF               )

      On the 26 day of September, 2007, before me personally came DAVID EPSTEIN to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he/she executed the same.

                          _____
                          NOTARY PUBLIC

So Ordered:                 PHILIP BLUMENFELD
                          NOTARY PUBLIC STATE OF NEW YORK
                          No. 02BL5358120
                          Qualified in Westchester County
_____       Commission Expires March 30, 2010
J.C.S.