*Robinson , J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

**McCormick & Company, Inc.**          **CIVIL CASE DISCOVERY PLAN
                                        AND SCHEDULING ORDER**

                    Plaintiff(s),

          - against -

                                        **07  Civ. 7244 (SCR)**

**Kari-Out Club, LLC**

                    Defendant(s).
----------------------------------------------------------x

          The following Civil Case Discovery Plan and Scheduling Order is adopted, after
consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of
Civil Procedure. **(Note: all proposed dates should be for weekdays only)**

The case (is) (is not) to be tried to a jury.

Joinder of additional parties must be accomplished by November 30, 2007          .

Amended pleadings may be filed until     November 30, 2007          .

**Discovery:**

1.  Interrogatories are to be served by all counsel no later than   November 21, 2007   , and
responses to such interrogatories shall be served within thirty (30) days thereafter. The
provisions of Local Civil Rule 33.3 shall not apply to this case.

2.  First request for production of documents, if any, to be served no later than November 21, 2007

                              March 28, 2008 (FACT WITNESSES)
3.  Depositions to be completed by  May 16, 2008   (EXPERT WITNESSES)          .

     a.  Unless counsel agree otherwise or the Court so orders, depositions are not to be
         held until all parties have responded to any first requests for production of
         documents.
     b.  Depositions shall proceed concurrently.
     c.  Whenever possible, unless counsel agree otherwise or the Court so orders, non-
         party depositions shall follow party depositions.

4.  Any further interrogatories, including expert interrogatories, to be served no later than
     February 15, 2008          .

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

5.    Requests to Admit, if any to be served no later than  February 15, 2008        .

6.    Additional provisions relating to discovery agreed upon by counsel for the parties ~~(are)~~
      (are not) attached and made a part hereof.

7.    All discovery is to be complete by _____ May 30, 2008 _____.

                              **December 7th, 2007 @ 10:00am**

      Initial Case Management Conference _____.
      **(To Be Complete By Court) (Counsel in receipt of this scheduling order is to notify
      their adversary of the date and time of this Initial Case Management Conference)**

      Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or
the Court so orders.

      This case has been designated to the Hon. George A. Yanthis        , United States
Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial
under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

      Unless otherwise ordered by the Court, the parties are expected to commence discovery
upon the receipt of this signed Scheduling Order.

      Strict compliance with the trial readiness date will be required. This Plan and Order may
not be changed without leave of the Court, except that upon signing a Consent for Trial Before a
United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for
trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed
date.

      White Plains, New York                              SO ORDERED

      Dated: October 9, 2007

                                                    Stephen C. Robinson U.S.D.J.