UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
McCORMICK & CO., INC.,

        Plaintiff,

    -against-

KARI-OUT CLUB, LLC t/a KARI-OUT CO.,

        Defendant.
------------------------------------- X

CASE NO. 07-CV-7244 (SCR)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that John Vukelj, Esq. of the law firm of DLA PIPER US LLP hereby appears in the above-captioned action as counsel for Plaintiff McCORMICK & CO., INC.

Dated: New York, New York.
       October 26, 2007

Respectfully submitted,

s/John Vukelj_____
John Vukelj (JV 1174)
DLA PIPER US LLP
1251 Avenue of Americas
New York, New York 10020-1104
Telephone:   (212) 335-4500
Facsimile:    (212) 335-4501

Attorneys for Plaintiff McCORMICK & CO., INC.

NEWY1\8161814.1