

DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
www.dlapiper.com

John Vukelj
john.vukelj@dlapiper.com
T  212.335.4502
F  212.884.8702

December 3, 2007

VIA FACSIMILE

The Honorable Stephen C. Robinson
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

MEMO ENDORSED

Re:  McCormick & Co., Inc. v. Kari-Out Club LLC, t/a Kari-Out Co.
     Docket No. 07-cv-7244

Dear Judge Robinson:

We represent plaintiff McCormick & Co., Inc. in the referenced matter. With the consent of all parties, we write to seek an adjournment of the initial case management conference scheduled for December 7, 2007 at 10:00 a.m. The parties request this adjournment because the defendant in this matter filed a third-party complaint last week. The parties believe the conference would be most beneficial after the third party defendant has had opportunity to respond and could attend the conference. The parties have not made any previous requests for adjournment of the initial case management conference.

We appreciate the Court's consideration of this request.

Respectfully,

John Vukelj

cc:  Jason T. Katz, Esq.

Initial pre-trial conference adjourned from 12/7/07 to 2/22/08.

APPLICATION GRANTED
Stephen C. Robinson

HON. STEPHEN C. ROBINSION
12/3/07

USDC SDNY
DOCUMENT
ELECTRONICALLY
DATE FILED: