UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
McCORMICK & CO., INC.,

                         Plaintiff,         Case No.: 07-CV-7244 (SCR)

-against-                                     STIPULATION
                                                        EXTENDING TIME

KARI-OUT CLUB, LLC, t/a KARI-OUT CO.,

                        Defendant
-----------------------------------------------------------x
PERK UP, INC., s/h/a KARI-OUT CLUB, LLC,
t/a KARI-OUT CO.,

                        Third Party Plaintiff,

-against-

SHAMBAUGH & SON, LP,

                        Third Party Defendant.
-----------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the third-party plaintiff and for the third-party defendant in the above entitled action, that the time within which third-party defendant may appear and answer, move or otherwise act with respect to the Third-Party Summons and Complaint is extended through and including January 28, 2008.

Dated: New York, New York
         December 21, 2007

LONDON FISCHER LLP

By: _____
     Gregg D. Minkin
Attorneys for Third Party Defendant
SHAMBAUGH & SON, LP
59 Maiden Lane
New York, New York 10038
(212) 972-1000

LEWIS JOHS AVALLONE AVILES, LLP

By: _____
     Jason T. Katz
Attorney for Defendant/Third Party Plaintiff
PERK UP, INC., s/h/a KARI-OUT CLUB
LLC, t/a KARI-OUT CO.,
425 Broad Hollow Road
Melville, New York 11747
(631) 755-0101

SO ORDERED:

_____

K:\470\160\Pleadings\StipExt.#2doc.doc