STATE OF NEW YORK     SOUTHERN DIST. COUNTY     U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 07-CV-7244     AND FILED ON NOVEMBER 26, 2007
ATTORNEY(S) Seaboard Adjustment Bureau, Lindon Hock

*Kari-Out Club, LLC t/a Kari-Out Co.*     Plaintiff(s)/Petitioner(s)

vs

*Shambaugh & Son LP*     Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

___Christopher Warner___, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on ___December 14, 2007___ at ___1:00 pm___ M at ___Corporation Service Company, 80 State St., Albany, NY___ deponent (did, ~~did not~~) serve the within Third-Party Summons in a Civil Action & ___Third Party Complaint___

on: ___Shambaugh & Son, LP___, ___Third Party Defendant___ (herein called recipient) therein named

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein

**#2 CORP** [X] A ___xxxxxxx___ corporation, by delivering thereat a true copy of each to ___Tonya Chapple___ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be ___Agent for Service___ thereof

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone. (if such telephone number was available) and an attempt to locate the defendant's place of employment

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#5 MAILING COPY** [ ] On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York

Deponent called at the aforementioned address on the following dates and times:
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other

**#7 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex ___Female___ Color of skin ___Black___ Color of hair ___Black___ Approx Age ___36 - 50 Yrs.___ Approx Height ___5' 4" - 5' 8"___ Approx weight ___161 - 200 Lbs___ Other _____

**#8 WIT. FEES** [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not

Sworn to before me on this
___18th___ day of ___December, 2007___

_____
Christopher Warner

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 20__

Invoice•Work Order # 0725100

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action -SDNY WEB 5/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 12/14/07 @ 1:00 PM |
| NAME OF SERVER Christopher Warner | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: Shambaugh & Sons, LP C/o CSC, 80 State St., Albany, NY by leaving with Tonya Chapple (Agent for Service)

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-24-07
Date

Signature of Server

Address of Server: Schodack, NY

ROBIN BRANDOW
Notary Public, State of New York
Qualified in Albany County
Reg. No. 01BR6149507
Commission Expires July 10, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.FormsWorkflow.com

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action -SDNY WEB 5/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | 12/7/07 @ 9:30 AM |
| NAME OF SERVER | TITLE |
| ERIC WYNN | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant   Place where served: SHAMBAUGH & SON, LP
KEVIN L. BEACH, V.P., 7614 OPPORTUNITY DR, FORT WAYNE, IN 46825

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  12/7/07
                  Date                                 Signature of Server

Indianapolis, IN 46219
Address of Server

Tracy (sig)
ALLEN COUNTY IN
EXP MARCH 12, 2013

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet Inc
www.FormsWorkflow.com