# LONDON FISCHER LLP
### 59 MAIDEN LANE
### NEW YORK, NEW YORK 10038

(212) 972-1000
FACSIMILE: (212) 972-1030

WWW.LONDONFISCHER.COM

CALIFORNIA OFFICE
1 PARK PLAZA, SUITE 740
IRVINE, CALIFORNIA 92614
TELEPHONE: (949) 252-0550
FACSIMILE: (949) 252-0553

January 2, 2008

**VIA FACSIMILE**

**MEMO ENDORSED**

The Honorable Stephen C. Robinson
United States District Judge
United Sates District Court for the Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

Re: *McCormack and Co., Inc. v. Kari-Out Club, LLC, t/a Kari-Out Co., v. Perk Up, Inc., s/h/a Kari Out Club, LLC, t/a Kari-Out Co., v. Shambaugh & Son, LP*
United States District Court, Southern District of New York
Case No: 07-Civ 7244 (SCR)
Our File No.: 470.0567160

Dear Judge Robinson,

We represent Third-Party Defendant Shambaugh & Son, LP in the above-referenced matter. On January 27, 2007, we faxed a letter to your chambers in which we enclosed a fully executed stipulation extending the time for our client to appear and answer, move or otherwise act with respect to the Third-Party Summons and Complaint in this matter. Please note that while the letter indicated that the date was extended through and including February 6, 2008, the letter should have referenced January 28, 2008 as being said date, which is the date provided for in the enclosed stipulation. We apologize for any confusion that this may have caused.

Thank you for your courtesy and assistance in this regards.

Very truly yours,

LONDON FISCHER LLP

Benjamin L. Schiffman

**APPLICATION GRANTED**

*Stephen C Robinson*
HON. STEPHEN C. ROBINSION
1/7/08

BLS:jc
Enclosure

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*Third-party defendant may appear and answer, move or otherwise act through 1/28/08.*

cc:

Jason Todd Katz, Esq.
Lewis Johs Avallone Aviles, LLP
425 Broad Hallow Road
Melville, New York 11747
Attorneys for Defendant / Third Party Plaintiff
PERK UP, INC., s/h/a KARI-OUT CLUB LLC,
t/a KARI-OUT CO.
Fax: (631) 755-0117

David H. Bamberger, Esq.
DLA Piper US LLP
1200 19th Street, N.W.
Washington, DC 20036
Attorneys for plaintiff McCormick & Co., Inc.
Fax: (202) 689-7425

Stephanie Kara Vogel, Esq.
John Vukelj, Esq.
DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020
Attorneys for plaintiff McCormick & Co., Inc.
Fax: (212) 335-4501

Philip Touitou, Esq.
Hinshaw & Culbertson LLP
780 Third Avenue
New York, NY 10017
Attorneys for Attorneys for Defendant / Third Party Plaintiff
PERK UP, INC., s/h/a KARI-OUT CLUB LLC,
t/a KARI-OUT CO.
Fax: (212) 935-1166

K:\470\J60\Correspondence\Judge Robinson.1.2.08.doc

LONDON FISCHER LLP