UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------:

McCORMICK & CO., INC.,

                Plaintiff,           Case No.: 07-CV-7244 (SCR)

-against-                                 STIPULATION

KARI-OUT CLUB, LLC, t/a KARI-OUT CO.,

                Defendant
--------------------------------------------------------------

PERK UP, INC., s/h/a KARI-OUT CLUB, LLC,
t/a KARI-OUT CO.,

                Third Party Plaintiff,

-against-

SHAMBAUGH & SON, LP,

                Third Party Defendant
--------------------------------------------------------------

        IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the Plaintiff, Third-Party Plaintiff and for the Third-Party Defendant in the above entitled action, that the briefing schedule for Third-Party Defendant' motion to dismiss will be as follows: Third-Party Defendant's motion to dismiss must be served on or before January 28, 2008; Opposition must be served by Plaintiff and Third-Party Plaintiff on or before February 20, 2008; and Third-Party Defendant's Reply must be served on or before March 5, 2008.

        IT IS FURTHER STIPULATED AND AGREED that a copy or facsimile of any signature(s) below shall have the same force and effect as an original.

Dated: New York, New York
         January 22, 2008

LONDON FISCHER LLP                    LEWIS JOHS AVALLONE AVILES, LLP

By: _____            By: _____
    Miriam B. Schneider                        Jason T. Katz
Attorneys for Third Party Defendant      Attorney for Defendant/Third Party Plaintiff
SHAMBAUGH & SON, LP                    PERK UP, INC., s/h/a KARI-OUT CLUB
59 Maiden Lane                                LLC, t/a KARI-OUT CO.,
New York, New York 10038                 425 Broad Hollow Road
(212) 972-1000                                Melville, New York 11747
                                                   (631) 755-0101

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

DLA PIPER US LLP

By: _____
    John Vukelj
Attorneys for Plaintiff
MCCORMICK & CO., INC.
1251 Avenue of the Americas
New York, New York 10020
(212) 335-~~4795~~ 4502

SO ORDERED:

_____

K:\470\100\Pleadings\Stip Briefing Sched..doc

DLA PIPER US LLP

By: _____
    John Vukelj
Attorneys for Plaintiff
MCCORMICK & CO., INC.
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4795

SO ORDERED:

_____
1/25/08

K:\4701\160\Pleadings\Stip Briefing Sched..doc