## TABLE OF CONTENTS

**PAGE**

TABLE OF AUTHORITIES ................................................................................ iii, iv, v

PRELIMINARY STATEMENT ....................................................................................1

STATEMENT OF FACTS .............................................................................................3

ARGUMENT ..................................................................................................................6

POINT I       INDIANA LAW APPLIES TO THIS ACTION BECAUSE
INDIANA HAS THE GREATEST INTEREST IN THE
LITIGATION..................................................................................................6

A.        A CONFLICT OF APPLICABLE LAW EXISTS
BETWEEN INDIANA AND NEW YORK ....................................6

B.        INDIANA LAW APPLIES TO THE ACTION BECAUSE
INDIANA HAS THE GREATEST INTEREST IN
THE LITIGATION..........................................................................8

        1.    LOSS ALLOCATING RULES:
CONTRIBUTION and COMMON-LAW INDEMNITY............9

        2.    CONTRACTUAL CLAIMS..........................................12

POINT II      THE THIRD-PARTY COMPLAINT SHOULD BE
DISMISSED BECAUSE IT FAILS TO STATE ANY
CLAIMS UPON WHICH RELIEF CAN BE GRANTED...................14

A.        STANDARD OF REVIEW ON A MOTION TO DISMISS ................14

B.        CONTRIBUTION AMONG JOINT TORFEASORS
IS PROHIBITED IN INDIANA..............................................15

C.        COMMON-LAW INDEMNITY IS NOT AVAILABLE
BECAUSE PERK-UP WAS NEGLIGENT AND DID
NOT HAVE A SPECIAL RELATIONSHIP WITH SHAMBAUGH......16

D.        PERK-UP's CONTRACTUAL INDEMNIFICATION
CLAIM SHOULD BE DISMISSED BECAUSE OF
NO CONTRACTUAL INDEMNIFICATION OBLIGATION............17

E.      PERK-UP'S THIRD-PARTY BENEFICIARY CLAIM SHOULD BE DISMISSED BECAUSE THE SHAMBAUGH-McCORMICK CONTRACT WAS NOT INTENDED TO BENEFIT PERK-UP

POINT III      THIRD-PARTY DISCOVERY SHOULD BE STAYED PENDING A DETERMINATION OF THIS MOTION ......................... 19

CONCLUSION ................................................................................................................ 20