# TABLE OF AUTHORITIES

## FEDERAL CASES

*Advance Marketing Group, Inc. v. Business Payment System, LLC*, 481 F. Supp. 2d 319 (S.D.N.Y 2007) .................................................................. 3, 14

*Albert v. Carovano*, 851 F.2d 561 (2d Cir. 1988) .......................................... 14

*Allianz Insurance Co. v. Otero*, 353 F. Supp. 2d 415 (S.D.N.Y. 2004) ......... 7, 12

*Amron v. Morgan Stanley Investment Advisors Inc.*, 464 F.3d 338 (2d Cir. 2006) ........... 14

*Boys and Girls Clubs of Chicago v. United States of America*, 885 F. Supp. 978 (N.D. Ill. 1995) .................................................................. 15

*Consolidated Rail Corp. v. Allied Corp.*, 882 F.2d 254 (7th Cir. 1989) ......... 6, 15

*Curley v. AMR Corp.*, 153 F.3d 5 (2d Cir. 1998) .......................................... 6

*Debary v. Harrah's Operating Comp.*, 465 F. Supp. 2d 250 (S.D.N.Y. 2006) .......... 18

*Durabla Manufacturing Co. v. Goodyear Tire and Rubber Co.*, 992 F. Supp. 657 (S.D.N.Y. 1998) .................................................................. 7

*Esco Fasteners, Co., Inc. v. Korea Hinomoto Co., Ltd.*, 928 F. Supp. 252 (E.D.N.Y. 1996) .................................................................. 9, 10,

*Hartford Fire Insurance Co. v. Orient Overseas Containers Lines (UK) Ltd.*, 230 F.3d 549 .................................................................. 13

*Heisler v. Toyota Motor Credit Corp.*, 881 F. Supp. 128 (S.D.N.Y. 1995) ......... 9, 10

*International Audiotext Network, Inc. v. American Telegraph & Telegraph Co.*, 62 F.3d 69 (2d Cir. 1995) .................................................................. 14

*Klaxon Co. v. Stentor Electric Manufacturing Co.*, 313 U.S. 487, 61 S. Ct. 1020 (1941) .................................................................. 6

*LaBounty v. Adler*, 933 F.2d 121 (2d Cir. 1991) ............................................................. 14

*Lazard Freres & Co. v. Protective Life Insurance Co*, 108 F.3d 1531 (2d Cir. 1997) ................................................................................................................. 12, 13

*McLish v. Niagara Machine & Tool Works*, 266 F. Supp. 987 (S.D.Ind.1967) ................. 16

*Orsini v. Kugel*, 9 F.3d 1041 (2d Cir. 1993) ........................................................................ 7

*Ross v. Mitsui Fudosan, Inc.*, 2 F. Supp. 2d 522 (S.D.N.Y. 1998) .................................... 13

*Shields v. Bethlehem Steel Corporation*, 810 F.2d 397 (3d Cir. 1987) ............................ 16

*Sprigler v. Osnaburcker Mettall Werke, J.*, 761 F. Supp. 86 (S.D. Ind. 1991) .................. 15

*Subaru Distributings Corp. v. Subaru of America*, 425 F.3d 119 (2d Cir. 2005) .............. 18

*The Jordan (Bermuda) Insvestment v. Hunter Green Investments LTD.*, 154 F. Supp. 2d 682 (S.D.N.Y. 2001) ........................................................................... 14

*Velomonte v. Bane*, 18 F.3d 992 (2d Cir. 1994) ............................................................... 14

*Williams v. J.P. Morgan & Co. Inc.*, 248 F. Supp. 2d 320 (S.D.N.Y.) ................................. 7

## STATE CASES

*Babcock v. Jackson*, 12 N.Y.2d 473, 191 N.E.2d 279 (1963) ........................................... 12

*Barker v. Cole*, 396 N.E.2d 964 (Ind. App. 1979) ............................................................. 16

*Casey v. Ryder Truck Rental, Inc., et al.*, 2005 WL. 1150228 (E.D.N.Y. May 16, 2005) ........................................................................................................... 12, 13

*Centennial Mortgage, Inc. v. Mortgage Inc. v. Blumenfeld*, 745 N.E.2d 268 (Ind. App. 2001) ..................................................................................................... 18

*Cooney v. Osgood Machine, Inc.*, 81 N.Y.2d 66, 595 N.Y.S.2d 919, 612 N.E.2d 277 (N.Y. 1993) .............................................................................................. 9, 10, 11

*Elcona Homes v. McMillan Bloedell, Ltd.*, 475 N.E.2d 713 (Ind. App. 1985) .................. 15

*Fort Wayne Cablevision v. Indiana and Michigan Electric Company*, 443 N.E.2d 863 (Ind. App. 1983)..................................................................................18

*Four Winds, LLC v. American Exp. Tax and Consulting Services, Inc.*, 2006 WL 2982108 (N.D. Ind. 2006)..................................................................................16

*Guzman v. Haven Plaza House Development Fund Co.*, 69 N.Y.2d 559, 509 N.E.2d 51, 516 N.Y.S.2d 451 (1987)..................................................................7

*Indiana State Highway Commission v. Thomas*, 346 N.E.2d 252 (Ind. App. 1976).....8, 17

*Indianapolis Power and Light Co. v. Snodgross*, 578 N.E.2d 669 (Ind. 1991)...................7

*Miller v. Miller*, 237 N.E.2d 877 (N.Y. 1968)..................................................................8

*Mullen v. Cogdell*, 643 N.E.2d 390 (Ind. App. 1994)..........................................7, 15, 17

*Neumeier v. Kuehner*, 31 N.Y.2d 121, 335 N.Y.S.2d 64, 286 N.E.2d 454 (N.Y. 1972)..................................................................................................8, 9

*OEC Diasonics, Inc. v. Major*, 674 N.E.2d 1312 (Ind. 1996)..........................................18

*Playwell Toy, Inc. v. Bureau Veritas Consumer Products Services*, 2007 WL 2892031 (W.D.N.Y. Sept. 28, 2997).........................................................10, 11

**FEDERAL STATUTES**

Fed. R. Civ. P. 12(b)(6)..................................................................................1, 13

**STATE STATUTES**

Ind. Code. § 26-2-5-2..................................................................................8, 18

Ind. Code § 32-8-3-17..................................................................................13