## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                                           ) ss.:
COUNTY OF NEW YORK   )

       ENEIDA AREIZAGA, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York. On January 28, 2008, deponent served a copy of the within NOTICE OF MOTION TO DISMISS THE COMPLAINT AND AFFIDAVIT IN SUPPORT OF MOTION AND MEMORANDUM OF LAW by mail upon:

Jason T. Katz, Esq.
Attorneys for Defendant/Third Party Plaintiff
PERK UP, INC., s/h/a KARI-OUT CLUB
LLC, t/a KARI-OUT CO.,
425 Broad Hollow Road
Melville, New York 11747
(631) 755-0101

John Vukelj
Stephanie Kara Vogel, Esq
Attorneys for Plaintiff
MCCORMICK & CO., INC.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500

David H. Bamberger, Esq
Attorneys for Plaintiff
MCCORMICK & CO., INC.
DLA Piper US LLP
1200 19th Street, N.W.
Washington, DC 20036
(202) 799-4500

the attorneys for the respective parties in this action, at the above addresses designated by said attorneys for that purpose, by depositing true copies of same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                               ENEIDA AREIZAGA

Sworn to before me this
28th day of January, 2008

_____
Notary Public

INGRID QUAMINA
Notary Public, State of New York
No. 01QU6126260
Qualified in Kings County
Commission Expires May 2, 2009