# LONDON FISCHER LLP
### 59 MAIDEN LANE
### NEW YORK, NEW YORK 10038

(212) 972-1000

FACSIMILE: (212) 972-1030

WWW.LONDONFISCHER.COM

CALIFORNIA OFFICE
1 PARK PLAZA, SUITE 740
IRVINE, CALIFORNIA 92614
TELEPHONE: (949) 252-0550
FACSIMILE: (949) 252-0553

January 2, 2008

**VIA FACSIMILE**                                    **MEMO ENDORSED**

The Honorable Stephen C. Robinson
United States District Judge
United Sates District Court for the Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

> Re: *McCormack and Co., Inc. v. Kari-Out Club, LLC, t/a Kari-Out Co., v. Perk Up, Inc., s/h/a Kari Out Club, LLC, t/a Kari Out Co., v. Shambaugh & Son, LP*
> United States District Court, Southern District of New York
> Case No:    07-Civ 7244 (SCR)
> Our File No.:   470.0567160

Dear Judge Robinson,

    We represent Third-Party Defendant Shambaugh & Son, LP in the above-referenced matter. On January 27, 2007, we faxed a letter to your chambers in which we enclosed a fully executed stipulation extending the time for our client to appear and answer, move or otherwise act with respect to the Third-Party Summons and Complaint in this matter. Please note that while the letter indicated that the date was extended through and including February 6, 2008, the letter should have referenced January 28, 2008 as being said date, which is the date provided for in the enclosed stipulation. We apologize for any confusion that this may have caused.

    Thank you for your courtesy and assistance in this regards.

**APPLICATION GRANTED**                          Very truly yours,

*Stephen C Robinson*                             LONDON FISCHER LLP

HON. STEPHEN C. ROBINSION

1/7/08                                           Benjamin L. Schiffman

BLS:jc
Enclosure

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Case 7:07-cv-07244-SCR    Document 33    Filed 01/28/2008    Page 2 of 3
01/02/2008 15:55  212-872-1030         LONDON FISCHER       PAGE 03/04
Case 7:07-cv-07244-SCR    Document 22    Filed 01/07/2008    Page 2 of 2

*Third-party defendant may appear and answer, move or otherwise act through 1/28/08.*

cc:

Jason Todd Katz, Esq.
Lewis Johs Avallone Aviles, LLP
425 Broad Hallow Road
Melville, New York 11747
Attorneys for Defendant / Third Party Plaintiff
PERK UP, INC., s/h/a KARI-OUT CLUB LLC,
t/a KARI-OUT CO.
Fax: (631) 755-0117

David H. Bamberger, Esq.
DLA Piper US LLP
1200 19th Street, N.W.
Washington, DC 20036
Attorneys for plaintiff McCormick & Co., Inc.
Fax: (202) 689-7425

Stephanie Kara Vogel, Esq.
John Vukelj, Esq.
DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020
Attorneys for plaintiff McCormick & Co., Inc.
Fax: (212) 335-4501

Philip Touitou, Esq.
Hinshaw & Culbertson LLP
780 Third Avenue
New York, NY 10017
Attorneys for Attorneys for Defendant / Third Party Plaintiff
PERK UP, INC., s/h/a KARI-OUT CLUB LLC,
t/a KARI-OUT CO.
Fax: (212) 935-1166

K:\470\160\Correspondence\Judge Robinson.1.2.08.doc

LONDON FISCHER LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
McCORMICK & CO., INC.,

                Plaintiff,          Case No.: 07-CV-7244 (SCR)

  -against-                            STIPULATION
                                                   EXTENDING TIME

KARI-OUT CLUB, LLC, t/a KARI-OUT CO.,

                Defendant
----------------------------------------X
PERK UP, INC., s/h/a KARI-OUT CLUB, LLC,
t/a KARI-OUT CO.,

                Third Party Plaintiff,

  -against-

SHAMBAUGH & SON, LP,

                Third Party Defendant.
----------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the third-party plaintiff and for the third-party defendant in the above entitled action, that the time within which third-party defendant may appear and answer, move or otherwise act with respect to the Third-Party Summons and Complaint is extended through and including January 28, 2008.

Dated: New York, New York
       December 21, 2007

LONDON FISCHER LLP

By: _____
    Gregg D. Minkin
Attorneys for Third Party Defendant
SHAMBAUGH & SON, LP
59 Maiden Lane
New York, New York 10038
(212) 972-1000

LEWIS JOHS AVALLONE AVILES, LLP

By: _____
    Jason T. Katz
Attorney for Defendant/Third Party Plaintiff
PERK UP, INC., s/h/a KARI-OUT CLUB
LLC, t/a KARI-OUT CO.,
425 Broad Hollow Road
Melville, New York 11747
(631) 755-0101

SO ORDERED:

_____

K:\47A\160\Pleadings\StipExt.#2doc.doc