# LEWIS ◆ JOHS
Lewis Johs Avallone Aviles, LLP

Counsellors at Law

**Via Fax: 914-390-4179**

February 15, 2008

Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

Re:   *McCormick & Co., Inc. v.Kari-Out Club, LLC, t/a Kari-Out Co.;*
      *Perk Up, Inc. S/h/a Kari Out Club, LLC t/a Kari-Out Co.*
      **Case No.: 07-CV- 7244**
      LJAA File No.: 114-1076

Dear Judge Robinson:

This law firm represents the Defendant/Third-Party Plaintiff, Perk Up, Inc, in the above referenced matter.

In connection therewith, we hereby submit for the Court's consideration a Stipulation executed by the parties amending the briefing schedule with respect to the Third-Party Defendant's motion to dismiss. The original briefing schedule called for opposition to be served on or before February 20, 2008, with reply to be served on or before March 5, 2008. The amendment affords the parties one extra week, with opposition now returnable on or before February 27, 2008, and reply on or before March 12, 2008.

Thank you for your consideration in this matter.

Respectfully submitted,

Jason T. Katz (4674)
jtkatz@lewisjohs.com
JTK/jc
Enclosure

cc:   all via fax
      London Fischer, LLP (212) 972-1030
      DLA Piper US LLP  (202) 689-7425; & (212) 335-4501

Robert J. Avallone
Deborah A. Aviles
Michael T. Colavecchio
Thomas J. Dargan
Robert W. Doyle, Jr.
Frederick C. Johs
Jason T. Katz
Michael G. Kruzynski
William J. Lewis
Eileen H. Libutti
Jeffrey M. Pincus
F. Sean Rooney
Marcy D. Sheinwold

Patrick Aurilia
Erika A. Bordan
Claudia L. Boyd
Anne M. Bracken
Meredith E. Canniff
Mara E. Cella
Christine A. Champey
Lawrence J. Freeze
Erica K. Fugelsang
Jennifer C. Friedrich
Jill A. Greenberg
Brian J. Greenwood
Christine B. Hickey
Tara M. Higgins
John E. Horan
Jessica Klotz
Theresa Scotto-Lavino
Erin M. Lawrence
Judith N. Littman
Daniel W. McCally
Michael Milchan
Robert Modica
Greg M. Mondelli
James F. Murphy
Joseph M. Nador
CindyAnn Ross
John B. Saville
Matthew D. Shwom
Adam H. Silverstone
Stacey E. Steinberg
Patrick G. Toner
Rebecca K. Vainder
Tina R. Zerilli

*Counsel*
Mark R. Aledort
Daniel A. Bartoldus
Marvin J. Bellovin
Brian Brown
Robert J. Cimino
Elizabeth A. Fitzpatrick
Edward G. Lukoski
John F. Morrison
David B. Pevney
Ellen N. Savino
Milton Thurm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
McCORMICK & CO., INC.

      Plaintiff,

  -against-

KARI-OUT CLUB, LLC, t/a KARI-OUT CO.,

      Defendant.
---------------------------------------------------------X
PERK UP, INC., s/h/a KARI-OUT CLUB, LLC,
t/a KARI-OUT CO.,

      Third Party Plaintiff,

  -against-

SHAMBAUGH & SON, LP,

      Third Party Defendant.
---------------------------------------------------------X

07-CV-7244 (SCR)

**STIPULATION**

  IT IS HEREBY STIPULATED, AGREED by and between the undersigned attorneys for the respective parties herein, that the briefing schedule with respect to the Third-Party Defendant's motion to dismiss is amended as follows: that the time for opposition to the motion be extended one week, to February 27, 2008; and that Third-Party Defendant's Reply be extended by one week, to March 12, 2008.

  IT IS FURTHER STIPULATED AND AGREED that a copy or facsimile of any signature(s) below shall have the same force and effect as an original.

Dated: Melville, New York
   February 15, 2008

LONDON FISCHER LLP

By: _____
Attorneys for Third-Party Deft.
SHAMBAUGH & SON, LP
59 Maiden Lane
New York, New York 10038
(212) 972-1000

LEWIS JOHS AVALLONE AVILES, LLP

By: _____
Attorneys for Defendant
PERK UP, INC. s/h/a KARI-OUT CLUB
425 Broad Hollow Road
Melville, New York 11747
(631) 755-0101

DLA PIPER US LLP

By: _____
Attorneys for Plaintiff
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500

SO ORDERED:

_____