# LEWIS JOHS
Lewis Johs Avallone Aviles, LLP

Counsellors at Law

Via Fax: 914-390-4179

February 15, 2008

**MEMO ENDORSED**

Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

Re: McCormick & Co., Inc. v. Kari-Out Club, LLC, t/a Kari-Out Co.;
Perk Up, Inc. S/h/a Kari Out Club, LLC t/a Kari-Out Co.
Case No.: 07-CV-7244
LJAA File No.: 114-1076

Dear Judge Robinson:

This law firm represents the Defendant/Third-Party Plaintiff, Perk Up, Inc, in the above referenced matter.

In connection therewith, we hereby submit for the Court's consideration a Stipulation executed by the parties amending the briefing schedule with respect to the Third-Party Defendant's motion to dismiss. The original briefing schedule called for opposition to be served on or before February 20, 2008, with reply to be served on or before March 5, 2008. The amendment affords the parties one extra week, with opposition now returnable on or before February 27, 2008, and reply on or before March 12, 2008.

Thank you for your consideration in this matter.

Respectfully submitted,

Jason T. Katz (4674)
jtkatz@lewisjohs.com
JTK/jc
Enclosure

cc: all via fax
London Fischer, LLP (212) 972-1030
DLA Piper US LLP (202) 689-7425; & (212) 335-4501

*Handwritten endorsement:* Time to file Opposition to Third Party Defendant's motion to dismiss is extended to 2/27/08. Time to file reply is extended to 3/12/08.

**APPLICATION GRANTED**
Stephen C Robinson
HON. STEPHEN C. ROBINSON
2/20/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

425 Broad Hollow Road, Suite 400, Melville, NY 11747  631.755.0101  Fax 631.755.0117  www.lewisjohs.com

New York  Melville  Riverhead

*Attorney list (right margin):*
Robert J. Avallone, Deborah A. Aviles, Michael T. Colavecchio, Thomas J. Dargan, Robert W. Doyle, Jr., Frederick C. Johs, Jason T. Katz, Michael G. Kruzynski, William J. Lewis, Eileen H. Libutti, Jeffrey M. Pincus, F. Sean Rooney, Marcy D. Sheinwold, Patrick Auritia, Erika A. Burdan, Claudia L. Boyd, Anne M. Bracken, Meredith E. Canniff, Mara E. Cella, Christine A. Champey, Lawrence J. Freeze, Erica K. Fugelsang, Jennifer C. Friedrich, Jill A. Greenberg, Brian J. Greenwood, Christine B. Hickey, Tara M. Higgins, John E. Horan, Jessica Klotz, Theresa Scotto-Lavino, Erin M. Lawrence, Judith N. Littman, Daniel W. McCally, Michael Milchan, Robert Modica, Greg M. Mondelli, James F. Murphy, Joseph M. Nador, CindyAnn Ross, John B. Saville, Matthew D. Shwom, Adam H. Silverstone, Stacey E. Steinberg, Patrick G. Toner, Rebecca K. Vainder, Tina R. Zerilli

Counsel
Mark R. Aledort, Daniel A. Bartoldus, Marvin J. Bellovin, Brian Brown, Robert J. Cimino, Elizabeth A. Fitzpatrick, Edward G. Lukoski, John F. Morrison, David B. Pevney, Ellen N. Savino, Milton Thurm