# LEWIS JOHS
Lewis Johs Avallone Aviles, LLP

Counsellors at Law

**Via Fax: 914-390-4179**

February 27, 2008

Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

Re:   *McCormick & Co., Inc. v.Kari-Out Club, LLC, t/a Kari-Out Co.;*
      *Perk Up, Inc. S/h/a Kari Out Club, LLC t/a Kari-Out Co.*
      Case No.: 07-CV- 7244
      LJAA File No.: 114-1076

Dear Judge Robinson:

This law firm represents the Defendant/Third-Party Plaintiff, Perk Up, Inc, in the above referenced matter.

We write to advise that the third-party action commenced by Perk Up, Inc. is being discontinued, with prejudice, and an Order of Dismissal is being prepared and will be submitted shortly by counsel for the third-party defendant.

Inasmuch as the third-party action is being discontinued, it is anticipated that the motion by the third-party defendant that is pending before the Court is being withdrawn.

Thank you for your attention to this matter.

Respectfully submitted,

Jason T. Katz (4674)
jtkatz@lewisjohs.com
JTK/jc

cc:   London Fischer, LLP (212) 972-1030
      DLA Piper US LLP  (202) 689-7425; & (212) 335-4501
      (all via fax)

Robert J Avallone
Deborah A Aviles
Michael T Colavecchio
Thomas J Dargan
Robert W Doyle, Jr
Frederick C Johs
Jason T Katz
Michael G Kruzynski
William J Lewis
Eileen H Libutti
Jeffrey M Pincus
F Sean Rooney
Marcy D Sheinwold

Patrick Aurilia
Erika A Bordan
Claudia L Boyd
Anne M Bracken
Meredith E Canniff
Mara E Cella
Christine A Champey
Lawrence J Freeze
Erica K Fugelsang
Jennifer C Friedrich
Jill A Greenberg
Brian J Greenwood
Christine B Hickey
Tara M Higgins
John E Horan
Jessica Klotz
Theresa Scotto-Lavino
Erin M Lawrence
Judith N Littman
Daniel W McCally
Michael Milchan
Robert Modica
Greg M Mondelli
James F Murphy
Joseph M Nador
CindyAnn Ross
John B Saville
Matthew D Shwom
Adam H Silverstone
Stacey E Steinberg
Patrick G Toner
Rebecca K Vainder
Tina R Zerilli

*Counsel*
Mark R Aledort
Daniel A Bartoldus
Marvin J Bellovin
Brian Brown
Robert J Cimino
Elizabeth A Fitzpatrick
Edward G Lukoski
John F Morrison
David B Pevney
Ellen N Savino
Milton Thurm

425 Broad Hollow Road, Suite 400, Melville, NY 11747   631 755 0101   Fax 631 755 0117   www.lewisjohs.com

New York   Melville   Riverhead