UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
McCORMICK & CO., INC.,

                Plaintiff,                  Case No. 07-CV-7244 (SCR)

    v.                                    **NOTICE OF APPEARANCE**

KARI-OUT CLUB, LLC, t/a KARI-OUT CO.,

                Defendant.
------------------------------------------------------------------------X
PERK UP, INC., s/h/a KARI-OUT CLUB, LLC,
t/a KARI-OUT CO.,

                Third Party Plaintiff,

    v.

SHAMBAUGH & SON, LP,

                Third Party Defendant.
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Syma Mirza, Esq. of the law firm of DLA PIPER US LLP hereby appears in the above-captioned action as counsel for Plaintiff McCORMICK & CO., INC.

Dated:  Washington, D.C.                   Respectfully submitted,
         March 4, 2008

                                                              */s/ Syma Mirza*
                                                   Syma Mirza (SM 1749)
                                                   DLA PIPER US LLP
                                                   500 8th Street, N.W.
                                                   Washington, D.C. 20004
                                                   Tel:    (202) 799-4529
                                                   Fax    (202) 799-5529
                                                   syma.mirza@dlapiper.com

                                                   Attorneys for Plaintiff McCormick & Co., Inc.