

**DLA PIPER**

DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
www.dlapiper.com

John Vukelj
john.vukelj@dlapiper.com
T 212.335.4502
F 212.884.8702

March 4, 2008

VIA FACSIMILE

**MEMO ENDORSED**

The Honorable Stephen C. Robinson
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

Re: McCormick & Co., Inc. v. Kari-Out Club LLC, t/a Kari-Out Co.
Docket No. 07-cv-7244

Dear Judge Robinson:

We represent plaintiff McCormick & Co., Inc. in the referenced matter. With the consent of all parties, we write to seek an adjournment of the initial case management conference scheduled for March 28, 2008 at 10:00 a.m. Counsel for plaintiff is unavailable on that date. If possible, the parties would like to reschedule the conference for Friday, April 11, 2008 or the first available Friday after that date. The parties made one previous request for adjournment of the initial case management conference that was originally scheduled for December 7, 2007, and the Court granted that request.

The parties also request, upon consent, that the Court grant permission to extend the deadline for completing depositions of fact witnesses from March 28, 2008 to April 18, 2008. A proposed revised Civil Case Discovery Plan and Scheduling Order is attached.

We appreciate the Court's consideration of these requests.

Respectfully,

John Vukelj

cc: Jason T. Katz, Esq.

Time to depose fact witnesses is extended through 4/18/08. Initial conference is adjourned to 4/11/08 @ 10AM.

**APPLICATION GRANTED**

Stephen C. Robinson

HON. STEPHEN C. ROBINSION
3/5/08