*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

McCORMICK & CO., INC.,                          Case No.: 07-CV-7244 (SCR)

                         Plaintiff,             STIPULATION AND ORDER
                                                OF DISMISSAL OF THIRD
                                                PARTY ACTION

            -against-

KARI-OUT CLUB, LLC, t/a KARI-OUT CO.,

                         Defendant.

-------------------------------------------------------------x

PERK UP, INC., s/h/a KARI-OUT CLUB, LLC,
t/a KARI-OUT CO.,

                         Third Party Plaintiff,

            -against-

SHAMBAUGH & SON, LP,

                         Third Party Defendant.

-------------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, the

attorneys of record for all parties to the action, that the third-party action be and the same hereby is

dismissed with prejudice and on the merits and without costs to any party.

Dated: New York, New York
       February 29, 2008

        LONDON FISCHER LLP                      DLA PIPER US LLP

By:  _____          By:  _____
     Gregg Minkin, Esq.                    John Vukelj, Esq.
     Attorneys for Defendant               Attorneys for Plaintiff
     SHAMBAUGH & SON, LP                   McCORMICK & CO., INC.
     59 Maiden Lane                        1251 Avenue of the Americas
     New York, New York 10038              New York, New York 10020
     (212) 972-1000                        (212) 335-4500



LEWIS JOHS AVALLONE AVILES, LLP

By: _____
   Jason T. Katz, Esq.
   Attorneys for Defendant/Third
   Party Plaintiff
   PERK UP, INC., s/h/a KARI-OUT
   CLUB LLC, t/a KARI-OUT CO.
   425 Broad Hollow Road
   Melville, New York 11747
   (631) 755-0101

SO ORDERED:

U. S. D. J.    3/10/08

2N/05181631

LEWIS JOHS AVALLONE AVILES, LLP

By:

Jason T  Katz, Esq.
Attorneys for Defendant/Third
Party Plaintiff
PERK UP, INC , s/h/a KARI-OUT
CLUB LLC, t/a KARI-OUT CO.
425 Broad Hollow Road
Melville, New York 11747
(631) 755-0101

SO ORDERED:

_____
U. S  D. J.

dated :

[N0054816 1 ]