UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

McCORMICK & CO., INC.,                              :

                          Plaintiff,          :          Case No. 07-CV-7244 (SCR)

                  v.                        :          **STIPULATION OF**
                                :          **DISMISSAL WITH**
                                :          **PREJUDICE**

KARI-OUT CLUB, LLC, t/a KARI-OUT CO.,              :

                        Defendant.         :
------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

       It is hereby stipulated and agreed among and between McCormick & Company,

Incorporated ("McCormick"), and Kari-Out Club, LLC, t/a Kari-Out Company, a/k/a Perk Up,

Incorporated ("Kari-Out") that the Complaint and all causes of action asserted therein, shall be

dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Stipulated and agreed to by the parties:

*Case Closed*

Attorneys for Plaintiff McCormick & Co., Inc.

_____
David H. Bamberger (admitted *pro hac vice*)
Syma Mirza (SM1749)
DLA PIPER US LLP
500 8th Street, N.W.
Washington, D.C. 20004
Tel:    (202) 799-4500
Fax     (202) 799-5500
david.bamberger@dlapiper.com
syma.mirza@dlapiper.com

Dated: _September 3, 2008_

Attorneys for Defendant Kari-Out Club, LLC,
t/a Kari-Out Co., a/k/a Perk Up, Inc.

_____
Jason T. Katz    (4674)
LEWIS JOHN AVALLONE AVILES, LLP
425 Broad Hollow Road
Melville, NY 11747
Tel:    (631) 755-0101
Fax     (631) 755-0117
jtkatz@lewisjohs.com

Dated: _September 4, 2008_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

DONE and ORDERED this _8th_ day of _September_, 2008.

The Honorable Stephen C. Robinson
U.S. District Court for the Southern District of New York

**COPIES TO:**

David H. Bamberger
Syma Mirza
DLA PIPER US LLP
500 8th Street, N.W.
Washington, D.C. 20004

John Vukelj
DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

*Attorneys for Plaintiff McCormick & Co., Inc.*

Jason T. Katz
LEWIS JOHN AVALLONE AVILES, LLP
425 Broad Hollow Road
Melville, NY 11747

*Attorneys for Defendant Kari-Out Club, LLC, t/a Kari-Out Co., a/k/a Perk Up, Inc.*